UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ARNOLD SCHANFIELD, individually and on behalf of others similarly situated,

                Plaintiff,

- against -

SOJITZ CORPORATION OF AMERICA; JUN MATSUMOTO in his official and individual capacities; and TAKASHI TSUDAKA in his official and individual capacities,

                Defendants.
----------------------------------------X

07 Civ. 9716 (CM) (JCF)

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned action as counsel for Defendants Sojitz Corporation of America, Jun Matsumoto and Takashi Tsukada. I certify that I am one of the attorneys of record in this matter and am admitted to practice before this Court.

Respectfully submitted,

Dated: November 9, 2007
      New York, New York

SIDLEY AUSTIN LLP

By: _____
    Joanne Seltzer
    787 Seventh Avenue
    New York, New York 10019
    (212) 839-5300

Attorneys for Defendants
Sojitz Corporation of America, Jun
Matsumoto and Takashi Tsukada

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 9th day of November, 2007, I caused a true and correct copy of the foregoing Notice of Appearance by electronic and regular mail upon the following parties:

> Attorney of Record
> Kenneth P. Thompson
> THOMPSON WIGDOR & GILLY LLP
> 350 Fifth Avenue
> Suite 5720
> New York, New York 10118


Joanne Seltzer

NY1 6419460v.1