UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ARNOLD SCHANFIELD, individually and on
behalf of others similarly situated,

                Plaintiff,

              - against -

SOJITZ CORPORATION OF AMERICA; JUN
MATSUMOTO in his official and individual
capacities; and TAKASHI TSUDAKA in his
official and individual capacities,

              Defendants.
----------------------------------------X

07 Civ. 9716 (CM) (JCF)

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned action as counsel for Sojitz Corporation of America, Jun Matsumoto and Takashi Tsukada, I certify that I am one of the attorneys of record in this matter and am admitted to practice before this Court.

Dated: November 9, 2007
       New York, New York

Respectfully submitted,

SIDLEY AUSTIN LLP

By: _____
Cliff Fonstein
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendants
Sojitz Corporation of America, Jun
Matsumoto and Takashi Tsukada

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 9th day of November, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served by electronic and regular mail upon the following parties:

>Attorney for Plaintiff:
>Kenneth P. Thompson
>THOMPSON WIGDOR & GILLY LLP
>350 Fifth Avenue
>Suite 5720
>New York, New York 10118

_____
Joanne Seltzer

NY1 6419471v.1