UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ARNOLD SCHANFIELD, individually and on
behalf of others similarly situated,

                    Plaintiff,

               - against -

SOJITZ CORPORATION OF AMERICA; JUN
MATSUMOTO in his official and individual
capacities; and TAKASHI TSUDAKA in his
official and individual capacities,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 9716 (CM) (JCF)

**NOTICE OF APPEARANCE**

      Please enter my appearance in the above-captioned action as counsel for Defendants Sojitz Corporation of America, Jun Matsumoto and Takashi Tsukada. I certify that I am one of the attorneys of record in this matter and am admitted to practice before this Court.

                               Respectfully submitted,

Dated: November 9, 2007
       New York, New York

SIDLEY AUSTIN LLP

By: _Laura H. Allen_____

     Laura H. Allen
     787 Seventh Avenue
     New York, New York 10019
     (212) 839-5300

     Attorneys for Defendants
     Sojitz Corporation of America, Jun
     Matsumoto and Takashi Tsukada

## CERTIFICATE OF SERVICE

I, Joanne Seltzer, an attorney admitted to practice in the State of New York, and not a party to this action, state under penalty of perjury that on this 9th day of November, 2007, I caused a true and correct copy of the foregoing Notice of Appearance by electronic and regular mail upon the following parties:

> Attorney of Record
> Kenneth P. Thompson
> THOMPSON WIGDOR & GILLY LLP
> 350 Fifth Avenue
> Suite 5720
> New York, New York 10118

_____
Joanne Seltzer

NY1 6419460v.1

2