Laura H. Allen
Cliff Fonstein
Joanne Seltzer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys For Defendants
Sojitz Corporation of America,
Jun Matsumoto and Takashi Tsukada

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

ARNOLD SCHANFIELD, individually and on
behalf of others similarly situated,

               Plaintiff,

           - against -

SOJITZ CORPORATION OF AMERICA; JUN
MATSUMOTO in his official and individual
capacities; and TAKASHI TSUKADA in his
official and individual capacities,

               Defendants.

------------------------------------X

07 Civ. 9716 (CM) (JCF)

**<u>RULE 7.1 STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Sojitz Corporation of America, a nongovernmental corporate party, through its undersigned counsel, certifies that Sojitz Corporation, a publicly traded corporation, is its corporate parent, and owns 10% or more of its stock.

Defendant, Sojitz Corporation of America, further certifies that, other than the aforementioned corporate parent, there is no publicly held corporation that owns 10% or more of Sojitz Corporation of America's stock.

Dated: January 2, 2008
       New York, New York

SIDLEY AUSTIN LLP

By: /s/ Laura H. Allen
Laura H. Allen
Cliff Fonstein
Joanne Seltzer
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Defendants
Sojitz Corporation of America,
Jun Matsumoto and Takashi Tsukada

NY1 6454917v.1