## **CERTIFICATE OF SERVICE**

A copy of the foregoing Answer was served this 28th day of April 2008, via ECF upon the following counsel for Defendant Sojitz Corporation of America:

> Joanne Seltzer, Esq.
> Sidley Austin LLP
> 787 Seventh Avenue
> New York, New York 10019

_____
Kate Webber