UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
ARNOLD SCHANFIELD, individually    : 07 Civ. 9716 (CM) (JCF)
and on behalf of others similarly  :
situated,                          :     O R D E R
                                   :
                Plaintiff,          :
                                   :
     - against -                    :
                                   :
SOJITZ CORPORATION OF AMERICA; JUN :
MATSUMOTO in his official and       :
individual capacities; and          :
TAKASHI TSUKADA in his official     :
and individual capacities,          :
                                   :
                Defendants.         :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

     Plaintiff's counsel having applied by letter for an order quashing subpoenas served on plaintiff's prior employers and a telephone conference having been held on May 29, 2008, it is hereby ORDERED as follows:

     1.  Plaintiff's application is denied to the extent that defendant may obtain information that both: (a) relates to plaintiff's employment at Itochu International and thereafter, and (b) consists of performance evaluations, memoranda regarding performance, and documents relating to any reasons for termination, including records of any exit interviews.

     2.  Defendant may not solicit information from plaintiff's prior employers apart from that identified in paragraph 1 above, and to the extent such additional information has already been obtained, defendant shall return or destroy the documents.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         May 29, 2008

Copies mailed this date:

Kathryn J. Webber, Esq.
Douglas H. Wigdor, Esq.
Kenneth P. Thompson, Esq.
Scott B. Gilly, Esq.
Thompson Wigdor & Gilly LLP
350 Fifth Avenue, Suite 5720
New York, New York 10118

Joanne Seltzer, Esq.
Cliff Fonstein, Esq.
Laura H. Allen, Esq.
Nicholas H. De Baun, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019