UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARNOLD SCHANFIELD, individually and on
behalf of others similarly situated,

                      Plaintiff,                  07 CV 9716 (CM) (JCF)

- against -

**NOTICE OF APPEARANCE**

SOJITZ CORPORATION OF AMERICA; JUN
MATSUMOTO in his official and individual
capacities; and TAKASHI TSUKADA in his
official and individual capacities,

                      Defendants.
------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance as counsel of record for Plaintiff Arnold Schanfield in the above-captioned matter.

Dated: June 6, 2008
       New York, New York

                                Respectfully submitted,

                                By: _____
                                    Christopher Q. Davis (CD-7282)

                                Thompson Wigdor & Gilly LLP
                                350 Fifth Avenue, Suite 5720
                                New York, New York 10118
                                Telephone: (212) 239-9292
                                Facsimile: (212) 239-9001

                                COUNSEL FOR PLAINTIFF