## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appearance was served this 6th day of June, 2008 via the District Court's ECF electronic filing system and first-class mail upon the following counsel for Defendants:

Joanne Seltzer, Esq.
Laura Allen Esq.
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019

_____
George Vallas