# SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
(212) 839 5300
(212) 839 5599 FAX

BEIJING
BRUSSELS
CHICAGO
DALLAS
FRANKFURT
GENEVA
HONG KONG
LONDON

LOS ANGELES
NEW YORK
SAN FRANCISCO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
WASHINGTON, D.C.

jseltzer@sidley.com
(212) 839-5985

FOUNDED 1866

June 17, 2008

**By Facsimile**

**MEMO ENDORSED**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re: Arnold Schanfield v. Sojitz Corporation of America, et al.
Case No. 07-cv-9716

Dear Judge McMahon:

We represent Defendants Sojitz Corporation of America, Jun Matsumoto, and Takashi Tsukada in the above-referenced matter and write jointly with Plaintiff's counsel regarding the parties' request for a three-week extension of the deadline for completion of Plaintiff's deposition, as set forth in our letter of June 12, 2006.

In light of the fact that the current deadline for the completion of Plaintiff's deposition is this Friday, June 20, 2006, we respectfully request your consideration of the parties' request at your earliest convenience. We thank the Court for its prompt consideration of this request.

SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

Very truly yours,

Joanne Seltzer

6/18/08
OK

cc: Kate Webber, Esq. (by facsimile)
Laura Allen, Esq.

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships