```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
ARNOLD SCHANFIELD, individually      : 07 Civ. 9716 (CM) (JCF)
and on behalf of others similarly    :
situated,                            :      O R D E R
                                     :
              Plaintiff,             :
                                     :
    - against -                      :
                                     :
SOJITZ CORPORATION OF AMERICA; JUN   :
MATSUMOTO in his official and        :
individual capacities; and           :
TAKASHI TSUKADA in his official      :
and individual capacities,           :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - -:
```

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 6/18/08

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Counsel having submitted letters concerning certain discovery disputes, it is hereby ORDERED as follows:

1. Plaintiff shall produce redacted copies of his 2006 and 2007 tax returns reflecting the sources and amounts of his earnings after the termination of his employment with SCA. After the returns have been produced, counsel may present to me any residual disputes regarding the scope of redactions.

2. Plaintiff shall produce any profit and loss statements for ERM Associates as well as any documents reflecting plaintiff's earnings derived from ERM.

3. Plaintiff shall produce any documents reflecting the terms of his employment at NYU, including compensation.

4. Defendants' application to compel production of documents used by plaintiff in his NYU course and his consulting firm is denied, as the discovery demand is overbroad. This determination

is without prejudice to defendants propounding a narrower discovery request better tailored to elicit evidence of alleged misappropriation of trade secrets by plaintiff.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         June 18, 2008

Copies mailed this date:

Kathryn J. Webber, Esq.
Douglas H. Wigdor, Esq.
Kenneth P. Thompson, Esq.
Scott B. Gilly, Esq.
Thompson Wigdor & Gilly LLP
350 Fifth Avenue, Suite 5720
New York, New York 10118

Joanne Seltzer, Esq.
Cliff Fonstein, Esq.
Laura H. Allen, Esq.
Nicholas H. De Baun, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019