UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARNOLD SCHANFIELD, individually and on
behalf of others similarly situated,

              Plaintiff,

   - against -

SOJITZ CORPORATION OF AMERICA; JUN
MATSUMOTO in his official and individual
capacities; and TAKASHI TSUKADA in his
official and individual capacities,

             Defendants.
-----------------------------------------------------------X

No. 07 Civ. 9716 (CM) (JCF)

### STIPULATION TO GRANT PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT

The parties, by their respective undersigned counsel, hereby consent to the filing of Plaintiff's Second Amended Complaint, which is attached herewith.

Dated: July 16, 2008
      New York, New York

THOMPSON WIGDOR & GILLY LLP

By: _____
    Kathryn J. Webber

350 Fifth Avenue, Suite 5720
New York, New York 10118
Telephone: (212) 239-9292

COUNSEL FOR PLAINTIFF

SIDLEY AUSTIN, LLP

By: _____
    Laura Allen
    Cliff Fonstein
    Joanne Seltzer

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300

COUNSEL FOR DEFENDANTS

So ordered: _____  8/4/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08