

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW



85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

Kate Webber
kwebber@twglaw.com

**MEMO ENDORSED**

August 20, 2008

8/22/08
Request for Extension
is Granted

**VIA FACSIMILE**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl St., Room 640
New York, NY 10007

Re: Arnold Schanfield v. Sojitz Corporation of America, et al., 07-cv-9716 (CM) (JCF)

Dear Judge McMahon:

We represent Plaintiff in the above-referenced matter and write to respectfully request an extension of the deadlines for expert discovery due to the unique challenges of collecting the necessary employee data for the expert report. Defendants do not object to Plaintiff's request.

The current deadlines for submission of expert reports are August 29, 2008 for Plaintiff and September 15, 2008 for Defendants. Plaintiff respectfully requests an adjournment of these deadlines by four weeks to September 30, 2008 and October 15, 2008, respectively. The deadline for the completion of all discovery in this matter is currently October 31, 2008; therefore, we also request that the final deadline for expert discovery only be extended four weeks to November 30, 2008. All fact discovery would still be completed by the current final deadline of October 31, 2008. This is the third request for an adjournment of the deadline for expert reports and the first request that seeks any change in the final discovery deadline.

As noted above, the reason for the requested extension is that Plaintiff's expert requires personnel data from Defendants, and the information is unusually difficult to locate and correlate. As just one example, the data as it existed in the normal course of business was located in 5 different databases with different, sometimes inconsistent data fields. Some of the material is not in electronic form and may require culling from hundreds of personnel files. Many of these challenges only recently came to light after Plaintiff worked in good faith with what preliminary production was available.

# Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

Hon. Colleen McMahon
August 20, 2008
Page 2

This request is made due to the particular circumstances described above and is not intended to unduly delay the proceedings. As noted above, fact discovery will proceed per the Court's original Scheduling Order, limiting the four week delay solely to expert production and depositions. Moreover, the parties have consistently worked cooperatively to move discovery forward in all respects. As just one example, the parties recently consensually agreed to a complex protocol to allow the forensic examination of computer evidence. In addition, Plaintiff's deposition has been conducted, thousands of pages of production have been exchanged, and medical evidence and depositions have been arranged.

Plaintiff therefore requests the above-described extension, to which Defendants do not object. We thank the Court for its consideration.

Sincerely,

Kate Webber

cc: Laura Allen, Esq., Joanne Seltzer, Esq. (counsel for Defendants)