**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Second Amended Class Action Complaint was served via Overnight Delivery on this 22nd day of August 2008, upon the following counsel for Defendants:

>Joanne Seltzer, Esq.
>Sidley Austin LLP
>787 Seventh Ave.
>New York, NY 10019

_____