UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARNOLD SCHANFIELD, individually and on : 
behalf of others similarly situated, :
: No. 07 Civ. 9716 (CM) (JCF)
                Plaintiff, :
:
    - against - :
:
SOJITZ CORPORATION OF AMERICA; JUN : **PLAINTIFF SCHANFIELD'S**
MATSUMOTO in his official and individual : **PROPOSED VERDICT SHEET**
capacities; and TAKASHI TSUKADA in his :
official and individual capacities, :
:
                Defendants. :
:
------------------------------------------------------------X

       Plaintiff Arnold Schanfield, by and through his attorneys, Thompson Wigdor & Gilly LLP, hereby proposes that the following verdict sheet be used in the trial of this matter.

Dated: New York, New York
       January 30, 2009

                                       Respectfully Submitted,

                                       **THOMPSON WIGDOR GILLY, LLP**

                    By: _____
                             Kenneth P. Thompson (KT-6026)
                             Patricia E. Ronan (PR-0345)
                             85 Fifth Avenue, Fifth Floor
                             New York, NY 10003
                             (212) 257-6800 (telephone)
                             (212) 257-6845 (facsimile)

                             *Counsel for Arnold Schanfield/*
                             *Proposed Class Counsel*

**COLLEEN MCMAHON, District Judge:**

According to the principles of law as charged by the Court and the facts as you find them from a preponderance of the evidence, please answer the following questions:

**<u>SECTION 1: Race/National Origin Discrimination</u>**

On Plaintiff Arnold Schanfield's claim of race/national origin discrimination, we the jury find:

Sojitz Corporation of America

      Liable _____                  Not Liable _____

Jun Matsumoto

      Liable _____                  Not Liable _____

Takashi Tsukada

      Liable _____                  Not Liable _____

[If you have found liability on any one or more of the claims above, fill in the appropriate space(s) below. Otherwise, skip this section and proceed to the next section.]

The economic damages, if any, due to Plaintiff Arnold Schanfield are:

        $ _____

The compensatory damages, if any, due to Plaintiff Arnold Schanfield are:

        $ _____

The nominal damages, if any, due to Plaintiff Arnold Schanfield are:

        $ _____

Plaintiff Arnold Schanfield is entitled to punitive damages for his race/national origin discrimination claim:

      YES _____                  NO _____

**SECTION 2: Retaliation**

On Plaintiff Arnold Schanfield's claim of retaliation, we the jury find:

Sojitz Corporation of America

  Liable _____        Not Liable _____

Jun Matsumoto

  Liable _____        Not Liable _____

Takashi Tsukada

  Liable _____        Not Liable _____

[If you have found liability on any one or more of the claims above, fill in the appropriate space(s) below. Otherwise, skip this section and proceed to the next section.]

The economic damages, if any, due to Plaintiff Arnold Schanfield are:

    $ _____

The compensatory damages, if any, due to Plaintiff Arnold Schanfield are:

    $ _____

The nominal damages, if any, due to Plaintiff Arnold Schanfield are:

    $ _____

Plaintiff Arnold Schanfield is entitled to punitive damages for his retaliation claim:

  YES _____        NO _____

**SECTION 3: Aiding and Abetting**

On Plaintiff Arnold Schanfield's claim of aiding and abetting, we the jury find:

Jun Matsumoto

    Liable _____                    Not Liable _____

Takashi Tsukada

    Liable _____                    Not Liable _____

[If you have found liability on any one or more of the claims above, fill in the appropriate space(s) below. Otherwise, skip this section and proceed to the next section.]

The economic damages, if any, due to Plaintiff Arnold Schanfield are:

        $ _____

The compensatory damages, if any, due to Plaintiff Arnold Schanfield are:

        $ _____

The nominal damages, if any, due to Plaintiff Arnold Schanfield are:

        $ _____

Plaintiff Arnold Schanfield is entitled to punitive damages for his claim of aiding and abetting:

    YES _____                    NO _____

4

## SECTION 5: Liability for Class Race/National Origin Discrimination

On the Class claims of race/national origin discrimination, we the jury find:

Sojitz Corporation of America

    Liable _____                    Not Liable _____

5

## SECTION 6: Damages for Class Race/National Origin Discrimination

If you have found liability on any one or more of the claims in **Section 5**, fill in the appropriate space(s) below. Otherwise, skip this section.

The economic damages, if any, due to the Class Members are:

$ _____

The compensatory damages, if any, due to the Class Members are:

$ _____

The nominal damages, if any, due to the Class Members are:

$ _____

The Class Members are entitled to punitive damages for their race/national origin discrimination claims:

YES _____          NO _____

**FINAL INSTRUCTIONS: ONCE YOU HAVE COMPLETED THIS FORM, THE JURY'S FOREPERSON SHOULD SIGN AND DATE IT.**

**THEN ADVISE THE COURT BY NOTE THAT YOU HAVE REACHED A VERDICT AND THAT YOU ARE READY TO RETURN TO THE COURTROOM TO ANNOUNCE YOUR VERDICT.**

Dated:    New York, New York

_____, 2009
         (date)


                              _____
                                      FOREPERSON